IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 3:05-00150 |
| ) | NO. 3:07-00053 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| RAFI SHALIZI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

A revocation hearing is set in this action for **Monday, November 25, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___7___ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court